JPML FORM 1A

p. 1

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 804 -- In re Western Monetary Consultants, Inc., Securities Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/05/05 | 1 | MOTION, BRIEF, SCHEDULE (A-1 - A-8), CERT. OF SERVICE -- defts. First American State Bank -- SUGGESTED TRANSFEREE DISTRICT: S.D. CALIFORNIA (cds) |
| 89/05/16 | | APPEARANCES: MIKE BYRON, PRO SE; CHARLES JARVIS MURRAY, ESQ. for pltfs. K. Dee Bennett, et al.; Alfred Lambourne, et al.; Richard W. Douglas, et al.; George Wesley Buchanan, et al.; Russell E. Chase; Buford Douglas Graham, et al.; Carlos Hidalgo, et al.; and Daniel Lieberman, et al.; MICHAEL B. MCDONNELL, ESQ. for William R. Kennedy, Jr. and Deborah L. Kennedy; JOEL M. KOZBERG, ESQ. for SafraBank (cds) |
| 89/05/19 | | APPEARANCE -- MICHAEL OLDEWAGE, PRO SE (cds) |
| 89/05/23 | | APPEARANCE -- C. BRANDON WISOFF, ESQ. for First American State Bank, David B. Upham and Evan L. Julber (ds) |
| 89/05/24 | | APPEARANCE: TODD W. BROCK, PRO SE (cds) |
| 89/05/25 | 2 | RESPONSE (to pldg. #1) -- all pltfs. K. Dee Bennett, et al; Alfred Lambourne, et al.; Richard W. Douglas, et al.1; George Wesley Buchanan, et al.; Russell E. Chase; Buford Douglas Graham, et al.; Carlos Hidalgo, et al.; Daniel Lieberman, et al. -- w/cert. of service (cds) |
| 89/05/26 | 3 | JOINDER -- (to pldg. #1) SafraBank -- w/cert. of svc. (rh) |
| 89/06/02 | 4 | REPLY --deft. First American State Bank w/cert. or svc. (ds) |
| 89/06/15 | | HEARING ORDER -- Settting motion to transfer for Panel Hearing on July 27, 1989 in Seattle, Washington (rh) |
| 89/07/07 | 5 | SUPPLEMENTAL MEMORANDUM -- First American State Bank -- w/cert. of svc. (rh) |
| 89/07/14 | 6 | JOINDER -- (to pldg. #1) William R. Kennedy, Jr. and Deborah L. Kennedy -- w/cert. of svc. (rh) |
| 89/07/26 | | WAIVERS OF ORAL ARGUMENT: (Hearing on 7/27/89 in Seattle, Washington) -- ALL WAIVED (rh) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 804 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 89/08/14 | | CONSENT OF TRANSFEREE COURT -- For transfer of litigation to the Northern District of California to the Hon. Fern M. Smith for pretrial proceedings (rh) |
| 89/08/14 | | TRANSFER ORDER -- Transferring A-3 - A-8 to the Northern District of California pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |
| 89/08/29 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- **B-9** Douglas H. Irwin, et al. v. William R. Kennedy, Jr., et al., S.D. Cal., C.A. No. 89-0972 E (BTM) and **B-10** William T. McMullen v. William R. Kennedy, Jr., et al., S.D. Cal., C.A. No. 89-0974 B (M) -- Notified involved counsel and judges (rh) |
| 89/09/14 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- B-9 Douglas H. Irwin, et al. v. William R. Kennedy, Jr., et al., S.D. Cal., C.A. No. 89-09720-E (BTM); B-10 William t. McMullen v. Wiliam R. Kennedy, Jr., et al., S.D. Cal., C.A. No. 89-0974-B (M) -- Notified involved clerks and judges. (ds) |
| 89/09/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-11 John W. Kennedy v. Western Monetary Consultants, Inc., et al., D. New Jersey, C.A. No. 87-2120 (HAA) -- Notified involved counsel and judges (rh) |
| 89/10/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-12 **Robert A. Tooke** v. Western Monetary Consultants, Inc., e t al., D. Colorado, C.A. No. 87-A-320 -- Notified involved judges and counsel (cds) |
| 89/10/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-13 Alexander B. Magnus v. William R. Kennedy, Jr., et al., S.D. Cal., C.A. No. 88-CV-01253-GT(BTM) -- Notified involved counsel and judges (ds) |
| 89/10/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-11 John W. Kennedy v. Western Monetary Consultants, Inc., et al., D. New Jersey, C.A. No. 87-2120 (HAA) -- Notified invovled judges and clerks (rh) |

JPML FORM 1A

B.3

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 804 -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/10/25 | 7 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-12 **Robert A. Tooke** v. Western Monetary Consultants, Inc., et al., D. Colorado, C.A. No. 87-A-320 -- Notified involved counsel and judges (rh) |
| 89/10/27 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-13 Alexander B. Magnus v. William R. Kennedy, Jr., et al., S.D. California, C.A. No. 88-CV-01253-GT (BTM) -- Notified involved judges and clerks (rh) |
| 89/11/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-14 Melvin Thomas Graham, et al. v. William R. Kennedy, Jr., et al., S.D. Cal., C.A. No. 89-1445 GT (M) -- Notified involved counsel and judges (ds) |
| 89/11/13 | 8 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- B-12 **Robert A. Tooke v. Western Monetary Consultants, Inc., et al.**, D. Colo., C.A. No. 87-A-320 -- filed by pltf. Robert A. Tooke w/cert. of svc. (ds) |
| 89/11/21 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- B-14 Melvin Thomas Graham, et al. V. William R. Kennedy, Jr., et al., S.D. California, #89-1445 GT(M) -- Notified involved clerks and judges (cds) |
| 89/12/05 | | HEARING ORDER -- Setting opposition of plaintiff (B-12) Robert A. Tooke v. Western Monetary Consultants, Inc., et al., D. Colo., C.A. No. 87-A-320 for hearing on Jan. 25, 1990 in Orlando, Florida. Notified involved counsel, clerks and judges. (rew) |
| 89/12/05 | 9 | REQUEST FOR JUDICIAL NOTICE, RESPONSE/MEMORANDUM (to pldg. #8) -- filed by defts. William R. Kennedy, Jr., et al. w/exhibit C and cert. of svc. (ds) |
| 89/12/28 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-16 Marvin W. Johnson, et al. v. William R. Kennedy, Jr., et al., S.D. California, C.A. No. 89-CV-1742 -- Notified involved counsel and judges. (ds) |
| 90/01/16 | | CONDITIONAL TRANSFER ORDER **FINAL** TODAY -- B-16 **Marvin W. Johnson, et al.** v. William R. Kennedy, et al., S.D. California, C.A. No. 89-CV-1742 G (CM) -- Notified involved judges and clerks (cds) |

p. 4

804    In re Western Monetary Consultants, Inc., Securities Lit.

| | | |
|---|---|---|
| 90/01/24 | | HEARING APPEARANCES (for January 25, 1990 hearing in Orlando, Florida):  JAMES W. AVERY, ESQ. for Robert A. Tooke; JOHN L. ROMAKER, ESQ. for William R. Kennedy, Jr. and Deborah L. Kennedy  (cds) |
| 90/01/31 | | TRANSFER ORDER -- transferring B-12 Robert A. Tooke v. Western Monetary Consultants, Inc., et al., D. Colorado, C.A. No. 87-A-320 to N.D. California -- notified involved judges, clerks and counsel  (cds) |
| 90/02/07 | 10 | REASSIGNMENT ORDER -- Reassigning litigation to Judge William H. Orrick -- filed in N.D. California, order signed by Richard W. Wieking, Clerk of the Court (dated 2/2/90) (rh) |
| 90/02/07 | | ORDER REASSIGNING LITIGATION -- to Judge William H. Orrick, N.D. California -- Notified involved counsel, judges, clerks (rh) |
| 90/04/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Ross E. Apgar, et al. v. William R. Kennedy, Jr., et al., D. Coloado, C.A. No. 90-C-214 -- Notified involved counsel and judges. (ds) |
| 90/04/30 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-17 Ross E. Apgar, et al. v. William R. Kennedy, Jr., et al., D. Colorado, C.A. No. 90-C-214 -- Notified involved judges and clerks (rh) |
| 90/08/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-18 John G. White, etc. v. William R. Kennedy, Jr., et al., S.D. California, C.A. No. 90-0879-GT (BTM) -- Notified involved counsel and judges.  (ds) |
| 90/09/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- C-18 John G. White, etc. v. William R. Kennedy, Jr., et al., S.D. Cal., C.A. No. 90-0879-GT (BTM) -- Notified involved clerks and judges. (ds) |
| 91/04/29 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-19 Ross E. Apgar, et al. v. Safrabank (California), et al., D. Colorado, C.A. No. 91-330 -- Notified involved counsel and judges  (sg) |
| 91/05/15 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (C-19) Ross E. Apgar, et al. v. Safrabank (California), et al., D. Colorado, C.A. No. 91-330 -- Notified involved clerks and judges  (sg) |

JPML Form 1

Revised: 8/78

DOCKET NO. 804 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Western Monetary Consultants, Inc., Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| July 27, 1989 | August 14, 1989 | TO | Unpublished | N.D. California | ~~Hon. Fern M. Smith~~<br>Hon. William H. Orrick | |

### Special Transferee Information

DATE CLOSED: _3/18/93_

JPML FORM 1                    LISTING OF INVOLVED ACTIONS                    N.D. California
                                                                              Judge William H. Orrick

DOCKET NO. 804 -- In re Western Monetary Consultants, Inc., Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | K. Dee Bennett, et al. v. William R. Kennedy, Jr., et al. | Cal.,N. Aguilar Smith | 89-2289 C-88-20835-RPA WHO | | | 12/17/91 D | |
| A-2 | Alfred Lambourne, et al. v. William R. Kennedy, Jr., et al. | Cal.,N. Aguilar Smith | 89-2288 C-88-20346-RPA WHO | | | 12/17/91 D | |
| A-3 | Richard W. Douglas, et al. v. William R. Kennedy, Jr., et al. | Cal.,E. Ramirez | CV-88-1210-RAR JFM | 8-14-89 | C89-3148 FMS WHO | 12/17/91 D | |
| A-4 | George Wesley Buchanan, et al. v. William R. Kennedy, Jr., et al. | Cal.,S. Thompson | 88-1189-GT-(M) | 8-14-89 | C89-3425 FMS WHO | 12/17/91 D | |
| A-5 | Russell E. Chase v. William R. Kennedy, Jr., et al. | Cal.,S. Thompson | 88-1433-GT-(M) | 8-14-89 | C89-3231 FMS WHO | 12/17/91 D | |
| A-6 | Buford Douglas Graham, et al. v. William R. Kennedy, Jr., et al. | Cal.,S. Thompson | 88-1124-GT-(M) | 8-14-89 | C89-3479 FMS WHO | 12/17/91 D | |
| A-7 | Carlos Hidalgo, et al. v. William R. Kennedy, Jr., et al. | Cal.,S. Thompson | 88-1187-GT-(M) | 8-14-89 | C89-3437 FMS WHO | 12/17/91 D | |
| A-8 | Daniel Lieberman, et al. v. William R. Kennedy, Jr., et al. | Cal.,S. Thompson | 88-1219-GT-(M) | 8-14-89 | C89-3426 WHO | 12/17/91 D | |

DOCKET NO. 804 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-9 | Douglas H. Irwin, et al. v. William R. Kennedy, Jr., et al.  8-29-89 | Cal.,S. Enright | 89-0972 E (BTM) | 9-14-89 | C89-3700 ~~FMSWHO~~ WHO | 12/17/91 D | |
| B-10 | William T. McMullen v. William R. Kennedy, Jr., et al.  8-29-89 | Cal.,S. Brewster | 89-0974 B (M) | 9-14-89 | C89-4192 WHO | 12/17/91 D | |
| B-11 | John W. Kennedy v. Western Monetary Consultants, Inc., et al.  9-27-89 | D.N.J. Ackerman | 87-2120 (HAA) | 10-13-89 | C89-3926 WHO | 4/8/92 D | |
| B-12 | Robert A. Tooke v. Western Monetary Consultants, Inc., et al.  13/10/89  Opposed 10-25-89 | D.Colo. Arraj | 87-A-320 | 1/31/90 | C90-559 WHO | 4/22/92 D | |
| B-13 | Alexander B. Magnus v. William R. Kennedy, Jr., et al.  10/11/89 | Cal.,S. Thompson | CV88-01253 GT (BTM) | 10-27-89 | C89-4026 WHO | 9/29/92 D | |
| B-14 | Melvin Thomas Graham, et al. v. William R. Kennedy, Jr., et al.  11/3/89 | Cal.,S. Thompson | 89-1445 GT (M) | 11-21-89 | C89-4474 WHO | 12/17/91 D | |
| XYZ-15 | Billie Bowles v. William R. Kennedy, et al. | CAl.,N. | 89-90-TEH | | | 5/10/93 D | |
| B-16 | Marvin W. Johnson, et al. v. William R. Kennedy, Jr., et al.  12/28/89 | Cal.,S. Gilliam | 89-CV-1742G(CM) | 1/16/90 | 90-558 C89-558 WHO | 12/17/91 | |
| B-17 | Ross E. Apgar, et al. v. William R. Kennedy, Jr., et al.  4/12/90 | D.Colo. Carrigan | 90-C-214 | 4/30/90 | C90- | 5/28/91 D | |
| C-18 | John G. White, etc. v. William R. Kennedy, Jr., et al.  8/29/90 | S.D.Cal. Thompson | 90-0879-GT (BTM) | 9/14/90 | 90-2817 | 11/19/92 D | |
| C-19 | Ross E. Apgar, et al. v. Safrabank (California), et al.  4/29/91 | D.Colo. Carrigan | 91-330 | 5/15/90 | C91-1514 WHO | 5/20/91 D | |

July 1991 - 11 TR
July 1992 - 15 Dism. / 3 Pending

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 804 -- In re Western Monetary Consultants, Inc., Securities Litigation

---

K. DEE BENNETT, ET AL. (A-1)
ALFRED LAMBOURNE, ET AL. (A-2)
RICHARD W. DOUGLAS, ET AL. (A-3)
GEORGE WESLEY BUCHANAN, ET AL. (A-4)
RUSSELL E. CHASE (A-5)
BUFORD DOUGLAS GRAHAM, ET AL. (A-6)
CARLOS HIDALGO, ET AL. (A-7)
DANIEL LIEBERMAN, ET AL. (A-8)
DOUGLAS H. IRWIN, ET AL. (B-9)
WILLIAM T. MCMULLEN (B-10)
ALEXANDER B. MAGNUS (B-13)
MELSIN THOMAS GRAHAM, ET AL. (B-14)
MARVIN W. JHOHNSON, ET AL. (B-16)
Charles Jarvis Murray, Esq.
Pier 9
San Francisco, CA  94111-1497

DAVID UPHAM (deft. in B-9 & B-10)
EVAN L. JULBER (deft. in B-9 & B-10)
FIRST AMERICAN STATE BANK
C. Brandon Wisoff, Esq.
Farella, Braun & Martel
235 Montgomery St., Suite 3000
San Francisco, CA  94104

MIKE BYRON
Mike Byron
3342 Sunningdale Place
Ft. Collins, CO  80525

WILLIAM R. KENNEDY, JR.
DEBORAH L. KENNEDY
Michael B. McDonnell, Esq.
Brown & McDonnell
401 B. Street, Suite 900
San Diego, CA  92101

LARRY BROKAW (NO APPEARANCE RECEIVED)
Larry Brokaw
P.O. Box 82184
Las Vegas, NV  89180

SAFRABANK
Joel M. Kozberg, Esq.
Stroock & Stroock & Lavan
2029 Century Park East, Suite 1800
Los Angeles, CA  90067

TODD BROCK
P.O. Box 474
LaPorte, CO  80526

JIM WARREN
(NO APPEARANCE RECEIVED)
Jim Warren
c/o Nevada Metals Exchange, Inc.
    ("Nemex")
750 East Sahara
Las Vegas, NV  89104

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 804 -- In re Western Monetary Consultants, Inc., Securities Litigation

---

CONSERVATIVE DIGEST, INC.
(NO APPEARANCE RECEIVED)
William Kennedy, Esq.
Western Monetary Consultants
1679 East Main Street
Suite 207
El Cajon, CA  92021

MICHAEL OLDEWAGE
Michael Oldewage
2918 Claremont Drive
Fort Collins, CO  80524

JOHN W. KENNEDY (B-11)
Charles Jarvis Murray, Esq.
(Already Listed)

WESTERN MONETARY CONSULTANTS, INC.
Western Monetary Consultants
1679 E. Main Street, #207
El Cajon, CA  92021-5211

ROBERT A. TOOKE (B-12)
James Avery, Esquire
1700 Broadway
Suite 400
Denver, CO  80290

ROSS E. APGAR, ET AL. (B-17)
James Avery, Esquire
(Same address as B-12)

STOTLER & COMPANY
BARNES & COMPANY
JOHNSON & MATTHEY, LTD.
(Defts. in B-17)
UNABLE TO DETERMINE COUNSEL OR
ADDRESS FOR ABOVE DEFENDANTS

JOHN G. WHITE, ETC. (C-18)
Charles Jarvis Murray, Esq.
(Same As A-1)

ROSS E. APGAR, ET AL. (C-19)
James W. Avery, Esq.
James W. Avery, P.C.
*Already listed*
Denver, CO  80290

SAFRABANK (California)
Joel M. Kozberg, Esq.
*Already listed* avan
2029 Century Park East, 18th Floor
Los Angeles, CA  90067

NED FENTON
GLEN GREGOS
S. Thomas Pollack, Esq.
Irell & Manella
1800 Avenue of the Stars
Suite 900
Los Angeles, CA 90067

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 804 -- In re Western Monetary Consultants, Inc., Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| William R. Kennedy, Jr. | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-9, B-10, B-11, B-12, B-13, B-14, B-16, B-17, C-18 |
| Deborah L. Kennedy | A-1, A-2, A-3, A-5, A-6, A-7, B-9, B-10, B-12, B-13, B-14, B-16, B-17, C-18 |
| Larry Brokaw | A-1, A-2, A-3, A-6, B-17 |
| First American State Bank | A-1, A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-9, B-10, B-14, B-16, B-17 |
| SafraBank | A-1, A-2, A-8, B-14, B-17, C-18, C-19 |
| Todd Brock | A-1 |
| Mike Byron | A-2, A-3, A-4, A-5, A-6, A-7, A-8, B-13 |
| Jim Warren | A-2 |
| Evan L. Julber | A-3, A-4, A-5, A-6, A-8, B-9, B-10, B-14, B-16 |
| Conservative Digest, Inc. | A-3, A-5, B-17 |
| Michael Oldewage | A-4, A-5, A-7 |

p. ____

| | |
|---|---|
| David Upham | A-5, A-8 B-9, B-10, B-14 B-16 |
| ~~Evan L. Julber~~ | B-9, B-10 |
| Western Monetary Consultants, Inc. | B-11, B-12 |
| Michael Martin | B-11 |
| Ned Fenton | B-14, C-18 C-19 |
| Stotler & Company | B-17, |
| Barnes & Company | B-17, |
| Johnson & Matthey, Ltd. | B-17, |
| Glen A. Gregos | C-18 C-19 |
| | |
| | |