JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 14 1989

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 804

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WESTERN MONETARY CONSULTANTS, INC., SECURITIES LITIGATION

TRANSFER ORDER*

This litigation presently consists of eight actions pending in three federal districts: five actions in the Southern District of California; two actions in the Northern District of California and one action in the Eastern District of California. Before the Panel is a motion, pursuant to 28 U.S.C. §1407, by First American State Bank (First American), a defendant in all eight actions, to centralize these actions in the Southern District of California for coordinated or consolidated pretrial proceedings. The remaining defendants support this motion. Plaintiffs in the Northern and Eastern California actions oppose centralization in the Southern District of California.

On the basis of the papers filed,[1]/ the Panel finds that these actions involve common questions of fact and that centralization under Section 1407 in the Northern District of California will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation. All actions share numerous factual questions arising from allegations that defendants fraudulently induced plaintiffs through similar high pressure sales pitches to purchase various precious metals through Western Monetary Consultants, Inc. and that these purchases were financed by First American and/or Safrabank California with the precious metals as collateral for the loans. Centralization under Section 1407 is necessary in order to avoid duplication of discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Northern District of California is the appropriate transferee forum. We note that discovery is underway in this district and that the Northern California forum is as convenient as any other California forum for most parties and witnesses in this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the actions listed on the attached Schedule A and pending in districts other than the Northern District of California be, and the same hereby are, transferred to the Northern District of California and, with the consent of that court, assigned to the Honorable Fern M. Smith for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

\* Judge Louis H. Pollak took no part in the decision of this matter.

[1]/ The parties waived oral argument and, accordingly, the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 17, R.P.J.P.M.L., 120 F.R.D. 251, 262 (1988).

SCHEDULE A

<u>MDL-804 -- In re Western Monetary Consultants, Inc., Securities Litigation</u>

<u>Northern District of California</u>

<u>K. Dee Bennett, et al. v. William R. Kennedy, Jr., et al.</u>, C.A. No. C-88-2289-FMS
<u>Alfred Lambourne, et al. v. William R. Kennedy, Jr., et al.</u>, C.A. No. C-88-2288-FMS

<u>Eastern District of California</u>

<u>Richard W. Douglas, et al. v. William R. Kennedy, Jr., et al.</u>, C.A. No. CV-88-1210-RAR-JFM

<u>Southern District of California</u>

<u>George Wesley Buchanan, et al. v. William R. Kennedy, Jr., et al.</u>, C.A. No. 88-1189-G)T-(M)
<u>Russell E. Chase v. William R. Kennedy, Jr., et al.</u>, C.A. No. 88-1433-GT-(M)
<u>Buford Douglas Graham, et al. v. William R. Kennedy, Jr., et al.</u>, C.A. No. 88-1124-GT-(M)
<u>Carlos Hidalgo, et al. v. William R. Kennedy, Jr., et al.</u>, C.A. No. 88-1187-GT-(M)
<u>Daniel Lieberman, et al. v. William R. Kennedy, Jr., et al.</u>, C.A. No. 88-1219-GT-(M)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

FEB -7 1990

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 804

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE WESTERN MONETARY CONSULTANTS, INC., SECURITIES LITIGATION

ORDER REASSIGNING LITIGATION

The actions in the above litigation have been reassigned to the Honorable William H. Orrick in accordance with the Local Rules for the United States District Court for the Northern District of California.

IT IS THEREFORE ORDERED that the above-captioned litigation be, and the same hereby is, reassigned to the Honorable William H. Orrick for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

FOR THE PANEL:

Andrew A. Caffrey
Chairman